**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **Case No. 2:12-cr-136** |
| v. | **Judge Peter C. Economus** |
| **PAUL J. REICHELDERFER,** | **ORDER** |
| **Defendant.** | |

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (doc. 20) that the plea agreement and Defendant's guilty plea be accepted. The Court accepts Defendant's plea of guilty to Count 1 of the Information, on which Defendant is hereby adjudged guilty.

**IT IS SO ORDERED.**

                                              **/s/ Peter C. Economus**
                                              **PETER C. ECONOMUS
UNITED STATES DISTRICT JUDGE**